# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARLA BLANK** | * | **CASE NO.** |
|     **Plaintiff** | * | |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| **DG LOUISIANA, LLC D/B/A** | * | |
| **DOLLAR GENERAL AND** | * | **MAGISTRATE** |
| **XYZ INSURANCE COMPANY** | * | |
|     **Defendant** | * | |
| | * | **A JURY IS DEMANDED** |

## NOTICE OF REMOVAL

TO:   The Honorable Judges
       of the United States District Court
       for the Eastern District of Louisiana

Defendant, DG Louisiana, LLC (hereinafter "Defendant"), respectfully submits this Notice of Removal pursuant to 28 U.S.C. §§ 1332 and 1441, on the grounds set forth below:

1.

On February 7, 2023, the attached Petition for Damages was filed in the 24TH Judicial District Court for the Parish of Jefferson, State of Louisiana, entitled *Carla Blank versus DG Louisiana, LLC d/b/a Dollar General and XYZ Insurance Company,* bearing case number 837-467.[1] This lawsuit seeks damages from Defendant for injuries allegedly sustained by Plaintiff as a result of an alleged slip and fall that occurred at a Dollar General store in Harvey, Louisiana on February 7, 2022.[2] Specifically, Plaintiff claims that she sustained "serious, recurring personal injuries" as a result of the alleged incident.[3]

---

[1] Exhibit A, Plaintiff's Petition for Damages.
[2] Exhibit A, Paragraph 3.
[3] Exhibit A, Paragraph 4.

2.

On June 21, 2023, Plaintiff filed a Motion for Leave to File First Amended and Supplemental Petition for Damages.[4] The Motion for Leave was granted on June 22, 2023.[5] Plaintiff's First Amended and Supplemental Petition for Damages alleges that "[a]s a direct and proximate result of the subject accident, Plaintiff has sustained painful and debilitating injuries, which are serious in nature and require continuing medical care and treatment, the full residual and sequela are not known and <u>exceed $75,000.00 excluding interests and costs.</u>"[6]

3.

28 U.S.C. Section 1332 provides federal courts with original jurisdiction over all civil actions where the matter in controversy exceeds the value of $75,000, exclusive of interest and costs and between citizens of different states.[7] Here, it is facially apparent that Plaintiff's claim exceeds $75,000. In accordance with Louisiana law, Plaintiff's Petition did not allege a specific amount of damages; however, the Petition does <u>allege that her damages exceed the amount required for federal court jurisdiction.</u>[8] There is no evidence to suggest Plaintiff's allegation regarding the value of her damages was inflated or was not an honest assessment of her damages.[9] Moreover, there is no evidence to suggest, let alone establish to a *legal certainty*, that the amount in controversy is really for less than the jurisdictional amount.

4.

Pursuant to 28 U.S.C.A. 1446(b)(3), "[e]xcept as provided in subsection (c), if the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days

---

[4] Exhibit B, Plaintiff's Motion for Leave First Amended and Supplemental Petition for Damages.
[5] Exhibit B.
[6] Exhibit C, Plaintiff's First Amended and Supplemental Petition, Paragraph 1.
[7] 28 U.S.C. Section 1332(a)(1).
[8] Exhibit C, Paragraph 1.
[9] *Carver v. Wal-Mart Stores, Inc.*, 2008 WL 2050987, at *2 (M.D. La. 5/13/2008).

after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." Here, DG Louisiana, LLC was served with Plaintiff's Motion for Leave to File First Amended and Supplemental Petition for Damages on June 21, 2023. The Motion was granted on June 22, 2023. Thus, removal is timely because it was filed within 30 days of Defendant being served with the Amended and Supplemental Petition for Damages.

5.

Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332, and this action is, therefore, removable to this court on the basis that:

A. The properly joined parties to this action are completely diverse:

1. Plaintiff, Carla Baker, is a person of full age of majority and a resident of the State of Louisiana;[10]

2. DG Louisiana, LLC, is a single member limited liability company whose sole member is Dolgencorp, LLC, whose sole member is Dollar General Corporation, which is incorporated and has its principal place of business in Tennessee.

B. The amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs. Plaintiff's Amended and Supplemental Petition for Damages specifically alleges that she "sustained painful and debilitating injuries, which are serious in nature…and exceed $75,000.00 excluding interests and costs."[11]

6.

---

[10] Exhibit A, Introduction Paragraph.
[11] Exhibit C, Paragraph 1.

This is a civil action over which the United States District Court for the Eastern District of Louisiana has concurrent original jurisdiction under the provisions of 28 U.S.C. § 1332, *et seq.*, as the amount in controversy exceeds $75,000.00, exclusive of interest and costs and complete diversity exists between all adverse and properly joined parties.

7.

The 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, is located within the Eastern District of Louisiana pursuant to 28 U.S.C. § 98(b). Therefore, venue is proper in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."[12]

8.

Defendant prays for a jury trial on all issues.

**WHEREFORE**, removing Defendant, DG Louisiana, LLC, prays that the above action now pending in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, be removed therefrom to this Honorable Court. DG Louisiana, LLC additionally prays for a jury trial on all issues.

Respectfully submitted,

*/s/ Michael L. Ballero*
TREVOR C. DAVIES (32846)
SHANNON O. HARRISON (26163)
MICHAEL L. BALLERO (#36793)
**WANEK KIRSCH DAVIES LLC**
1340 Poydras Street, Suite 2000
New Orleans, Louisiana 70112
Telephone: (504) 324-6493
tdavies@wkdlawfirm.com
sharrison@wkdawfirm.com
mballero@wkdlawfirm.com
Attorneys for DG Louisiana, LLC

---

[12] 28 U.S.C. § 1441(a)

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via electronic mail this 29th day of June, 2023.

                                         */s/ Michael L. Ballero*