## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARLA BLANK** | * | **CASE NO. 2:23-CV-02271** |
| Plaintiff | * | |
| | * | |
| **VERSUS** | * | **JUDGE BRANDON S. LONG** |
| | * | |
| **DG LOUISIANA, LLC D/B/A** | * | |
| **DOLLAR GENERAL AND** | * | **MAGISTRATE JANIS VAN** |
| **XYZ INSURANCE COMPANY** | * | **MEERVELD** |
| Defendant | * | |
| | * | **A JURY IS DEMANDED** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RULE 41 STIPULATION OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Carla Blank, and Defendant, DG Louisiana, LLC, who advise this Court that they have concluded their settlement and that it is now appropriate to issue a Judgment pursuant to Federal Rule of Civil Procedure 41(a) dismissing all claims in the captioned matter with prejudice.

**WHEREFORE**, for the reasons stated above, Plaintiff and Defendant pray that this Court issue a Judgment pursuant to Federal Rule of Civil Procedure 41(a) dismissing all claims in the captioned matter with prejudice.

Respectfully Submitted,

*/s/ Pius A. Obioha*
Pius A. Obioha (25810)
Law Offices of Pius A. Obioha, LLC
1550 N. Broad Street
New Orleans, LA 70119
Telephone: (504)265-0437
pius@obiohalaw.com
Attorney for Plaintiff

Respectfully Submitted,

*/s/ Michael L. Ballero*
TREVOR C. DAVIES (32846)
MICHAEL L. BALLERO (36793)
**WANEK KIRSCH DAVIES LLC**
1340 Poydras Street, Suite 2000
New Orleans, LA 70112
Telephone: (504) 324-6493
tdavies@wkdlawfirm.com
mballero@wkdlawfirm.com
*Attorneys for DG Louisiana, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via the Court's CM/ECF electronic filing system this 29th day of July 2024.

                                                              */s/ Michael L. Ballero*