UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARLA BLANK | CIVIL ACTION |
| VERSUS | NO. 23-2271 |
| DG LOUISIANA, LLC | SECTION "O" |

### ORDER

Considering the parties' stipulation[1] of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED** that this action is dismissed with prejudice. Each party will bear its own costs.

New Orleans, Louisiana, this 31 day of July, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 33.